*Hon. Mary Alice Theiler*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY HILL,<br><br>          Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN (PLAN 503), and AETNA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>          Defendants. | NO. 2:18-cv-00498-MAT<br><br>**STIPULATION FOR AN ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>NOTED FOR CONSIDERATION:<br>March 28, 2019 |

The parties, through their attorneys of record, hereby stipulate and agree that the above-captioned action, including all claims, shall be voluntarily dismissed with prejudice, and with each party bearing its own costs and fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties move the Court to enter an order dismissing the lawsuit with prejudice and without an award of fees or costs to any party.

STIPULATION FOR AN ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) - 1
Civil Action No. 2:18-cv-00498-MAT

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206.695.5100
Facsimile: 206.689.2822

IT IS SO STIPULATED.

OWEN | VANDERBRUG

By: */s/ Vanessa . Vanderbrug*
    Vanessa M. Vanderbrug, WSBA #31668
    James M. Owen, Jr., WSBA #29247
    1001 Fourth Avenue, Suite 3200
    Seattle, Washington 98154
    Tel.: 206.467.1400
    Fax: 206.467.4884
    Email: Vanessa@owenvanderbrug.com
    Email: James@owenvanderbrug.com

Attorneys for Plaintiff

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Sarah N. Turner*
    Sarah N. Turner, WSBA #37748
    701 5th Avenue, Suite 2100
    Seattle, Washington 98104
    Tel.: 206.695.5100
    Fax: 206.689.2822
    Email: sturner@grsm.com

Attorney for Defendants

## I. ORDER

Based on the parties' Stipulation, IT IS SO ORDERED.

DATED: <u>April 1, 2019</u>.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

STIPULATION FOR AN ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) - 2
Civil Action No. 2:18-cv-00498-MAT

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206.695.5100
Facsimile: 206.689.2822